Submitted on record and briefs September 1, 1995, affirmed February 21, 1996

KEVIN EUGENE CAMPBELL,
*Appellant,*

*v.*

Nicholas ARMENAKIS,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(94C-13493; CA A88304)

911 P2d 363

David B. Kuhns filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Affirmed. *Martin v. Baldwin,* 138 Or App 296, 906 P2d 868 (1995).